UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JENNIFER BEATTIE, et. al.,**

    Plaintiffs,   Case No.: 22-cv-12259

v.   Hon. Linda V. Parker

**ORGAN PROCUREMENT AGENCY OF MICHIGAN d/b/a GIFT OF LIFE MICHIGAN**,

    Defendant.

_____/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the stipulation of the parties, the Plaintiffs' Complaint and Jury Demands[1] are dismissed in their entirety with prejudice and without the payment of additional costs, interest, or attorneys' fees by any party.

This Court shall retain jurisdiction to enforce the provisions regarding the return of confidential documentation pursuant to the Stipulated Protective Order

---

[1] This references the legal complaints originally filed in this case (ECF No. 1) and the one filed in *George et al. v. Organ Procurement Agency of Mich.,* Case 1:22-cv-888, ECF No. 1 (Sept. 23, 2022 W.D. Mich.), which was transferred to the Eastern District of Michigan and then consolidated with the current case (ECF No. 13).

FP 48036732.2

dated May 15, 2023 (ECF No. 17), if necessary.

    **IT IS SO ORDERED.**

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: September 18, 2023

Approved as to form and substance:

| **HURWITZ LAW PLLC** | **FISHER & PHILLIPS LLP** |
|---|---|
| By: *s/Noah S. Hurwitz* | By: *s/ Stephen R. Gee* |
| **Noah S. Hurwitz (P74063)** | **Susan Hartmus Hiser (P45681)** |
| **Grant M. Vlahopoulos (P85633)** | **Stephen R. Gee (P80673)** |
| **Kara F. Krause (P85487)** | **Sarah G. Bennett (P85806)** |
| **Brendan J. Childress (P85638)** | 300 Park Street, Suite 370 |
| 340 Beakes St., Ste. 125 | Birmingham, MI 48009 |
| Ann Arbor, MI 48104 | (248) 540-8019 |
| (844) 847-9489 | shiser@fisherphillips.com |
| noah@hurwitzlaw.com | sgee@fisherphillips.com |
| grant@hurwitzlaw.com | sbennett@fisherphillips.com |
| kara@hurwitzlaw.com | **Attorneys for Defendant** |
| brendan@hurwitzlaw.com | |
| **Attorneys for Plaintiffs** | |

Dated: September 18, 2023

FP 48036732.2